### C. W. SEYBOLD v. SAMUEL BOYD.

It seems that the petition for a writ of error and the citation may be waived, either expressly or by appearance of the defendant in error.

Error from Newton.   Motion to dismiss.

*R. S. Walker*, for motion.

*H. C. Hicks*, contra.

HEMPHILL, CH. J.   There was neither petition for the writ nor citation in this case, and the motion to dismiss must be sustained.   These might have been waived either expressly, or by appearance of the defendant.   But his appearance to move a dismissal does not waive or cure the defect.

It is ordered that the case be stricken from the docket.

Ordered accordingly.